UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DONALD DORIS, ANTHONY EHSPANNER, SYLVESTER GAPINSKI and BART DABROWSKI,

Plaintiffs,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY,

Defendant.

CIVIL NO. 00-2563 (RHK/JMM)

ORDER

The above matter has been referred to the Judicial Panel on Multidistrict Litigation, therefore the Pretrial Conference scheduled before the undersigned on January 22, 2001 is canceled.

Dated: January 2, 2001

JOHN M. MASON
United States Magistrate Judge

JAN 0 2 2001