138624

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 00CV2563 RHK/JMM **Case Title:** Donald Doris, Anthony Ehspanner, Sylvester Gapinski and Bart Dabrowski v. BNSF

**Affidavit of Movant**

I, Mark J. Fellman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice John D. Roven, an attorney admitted to practice in the Eastern District of Texas, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ~~( )defendant~~ Donald Doris et al. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] Signature Mark J. Fellman

28782 MN Attorney License #

11/02/2001 Date

**Affidavit of Proposed Admittee**

I, JOHN D. ROVEN, am currently a member in good standing of the U.S. District Court for the SOUTHERN District of TEXAS, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

JOHN D. ROVEN
Type/Print Name

[signature]
Signature

12/5/00
Date

Attorney License Number: Texas #17327900

Law Firm **Roven, Kaplan & Wells, P.C.**
**Attorneys at Law**
**2190 North Loop West, Suite 410**
**Houston, TX 77018**

Telephone: ( ) (713) 465-8522

Motion Granted: [signature], llj
For the Court: Francis E. Dosal, Clerk

NOV 05 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED NOV 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK