IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

DONALD DORIS, ANTHONY EHSPANNER,
SYLVESTER GAPINSKI,
and BART DABROWSKI,

Plaintiffs,

CIVIL ACTION NO. 00-CV-2563 RHK/JMM

+ Order

v.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY,
a Delaware corporation, Successor-in-
Interest to the Great Northern
Railway Company,

Defendant.

---

The above-entitled action, having been compromised and settled between all parties, the undersigned stipulate and agree that the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and said parties may without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 6/23, 2003.

By [signature]
Mark J. Fellman, #28782
213 East Fourth Street
Suite 200
St. Paul, MN 55101
(651) 225-5600

FILED JUL 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. JUL 17 2003
DEPUTY CLERK VEM

John D. Roven (TX ID 17327900)
ROVEN, KAPLAN & WELLS, LLP
2190 North Loop West
Suite 410
Houston, TX 77018
(713) 465-8522

*Attorneys for Plaintiff*

Dated: 6/20/03

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By ______________________
Timothy K. Masterson (#203294)
325 Cedar Street, Suite 600
St. Paul, MN 55101
(651) 292-3346

*Attorneys for Defendant*

**ORDER**

On reading and filing the attached Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiff against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED: 6/27/2003

BY THE COURT:

______________________
CHARLES R. WEINER
JUDGE OF U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

S:\Doris, Donald\pleadings\stip dism fed2.doc\tw