AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Donald Doris, Anthony Ehspanner,
Sylvester Gapinski, and
Bart Dabrowski

V.

Burlington Northern and
Santa Fe Railway Company

## JUDGMENT IN A CIVIL CASE

Case Number: 00-2563 RHK/JMM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the claims of plaintiff against defendant are hereby dismissed on the merits and without costs.

July 17, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Victoria Moralez, Deputy Clerk